PER CURIAM.
Affirmed. See Brackin v. Boles, 452 So.2d 540 (Fla.1984); Galbut v. Garfinkl, 340 So.2d 470 (Fla.1976); Romano v. Palazzo, 83 Fla. 243, 91 So. 115 (1922); Jimenez v. Gulf & Western Manufacturing Co., 458 So.2d 58 (Fla. 3d DCA 1984); Green Companies v. DiVincenzo, 432 So.2d 86 (Fla. 3d DCA 1983); King Pest Control v. Binger, 379 So.2d 660 (Fla. 4th DCA 1980), approved, 401 So.2d 1310 (Fla.1981); Warning Safety Lights, Inc. v. Gallon, 346 So.2d 92 (Fla. 3d DCA 1977), cert. denied, 355 So.2d 518 (Fla.1978); Alberger v. Harvison, 342 So.2d 537 (Fla. 3d DCA 1977); Nadler v. Home Insurance Co., 339 So.2d 280 (Fla. 3d DCA 1976); Nat Harrison Associates, Inc. v. Byrd, 256 So.2d 50 (Fla. 4th DCA 1971).